**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Amir. B. Khan,<br><br>    Defendant. | Case 2:19-CR-00274-KJD-NJK-1<br><br>**ORDER** |

Based on the Defendant's Unopposed Motion for Modification of Probationary Condition and Request for Status Check, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Amir Khan's probation be modified as follows:

Defendant's community service condition (Special Condition 7) is to be temporarily suspended for a period of 90 days commencing upon entry of this Order.

The parties agree to meet and confer prior to the expiration of this time period to see whether further judicial remedies are required.

The Court will set a status check hearing on  August 5     , 2020 at 9:00 a.m.

All other conditions of probation remain in effect.

IT IS SO ORDERED.

DATED this  5th   day of May, 2020.

_____
**KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**

6