**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States Of America,<br><br>      Plaintiff,<br><br>   v.<br><br>Amir. B. Khan,<br><br>      Defendant. | Case 2:19-CR-00274-KJD-NJK-1<br><br>**ORDER** |

    Based on the Defendant's Second Unopposed Motion for Modification of Probationary Condition and Request for Status Hearing, and good cause appearing: IT IS HEREBY ORDERED that Defendant Amir Khan's probation be modified as follows:

    Defendant's community service condition (Special Condition 7) is to be temporarily suspended for an additional 90-day period.  In conjunction with the Defendant's last request, suspension of this condition expires on November 5, 2020.

    The parties agree to meet and confer before November 5, 2020, to determine whether further judicial remedies are required;

    The Court vacates the current status hearing set for August 11, 2020, at 9:00 a.m.; and

    The Court sets a status hearing on  November 17 , 2020 at 9:00 a.m. courtroom 4A.

    All other conditions of probation remain in effect.

    IT IS SO ORDERED.

    DATED this 13th day of July 2020.

                                          **KENT J. DAWSON**
                                          **UNITED STATES DISTRICT JUDGE**