**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States Of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Amir. B. Khan,<br><br>　　　　Defendant. | Case 2:19-CR-00274-KJD-NJK-1<br><br>**ORDER** |

Based on the Defendant's Third Unopposed Motion for Modification of Probationary Condition and Request for Status Hearing, and good cause appearing: IT IS HEREBY ORDERED: that said unopposed motion is GRANTED and Defendant Amir Khan's probation be modified as follows:

Defendant's community service condition (Special Condition 7) is temporarily suspended for an additional 90-day period. In conjunction with the Defendant's last request, suspension of this condition expires on **February 5, 2021.**

The parties agree to meet and confer before February 5, 2021, to determine whether further judicial remedies are required.

The Court vacates the current status hearing set for November 17, 2020, at 9:00 a.m., in courtroom 4A; and the Court sets a status hearing on  February 23, , 2021 at 9:00 a.m.

All other conditions of probation remain in effect.

IT IS SO ORDERED.

DATED this  13th  day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**KENT J. DAWSON**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

5